KUNZMANN v. NEW YORK & R. B. R. CO.

(City Court of Brooklyn, General Term.    May 28, 1894.)

CARRIERS OF PASSENGERS—PROOF OF RELATION.

 In an action for personal injuries received while plaintiff was a passenger on a railroad train, the evidence is sufficient to show that defendant was the carrier, where it appears that plaintiff purchased her ticket from defendant, and that the car in which she was riding had defendant's name on it.

Appeal from trial term.

Action by Lena Kunzmann against the New York & Rockaway Beach Railroad Company.    There was a judgment in favor of defendant, and plaintiff appeals.    Reversed.

Argued before CLEMENT, C. J., and VAN WYCK, J.

Hurd & Grim, for appellant.

W. C. Beecher, for respondent.

CLEMENT, C. J.    We have carefully read the record on the present appeal, and conclude that the testimony was sufficient to require the submission of the case to the jury.    The plaintiff proved that the defendant is a common carrier of passengers between Flatbush avenue station in Brooklyn and Rockaway Beach; that the defendant issued to plaintiff an excursion ticket from Bedford station to Rockaway Beach, and that on her return to Bedford station she was injured by reason of negligence of the employes upon the train; that the cars of the train by which she returned had upon them the name of the New York & Rockaway Beach Railroad. The proof seems to bring the case within the authority of Wylde v. Railroad Co., 53 N. Y. 156.    This case was reversed on the former appeal (27 N. Y. Supp. 132) on the ground that there was no proof that the defendant ran, or had the right to run, trains on Atlantic avenue, and that there was no proof that the train on which the plaintiff was injured was in charge of the employes of the defendant.    This proof has now been supplied, and the plaintiff made out a prima facie case.    Judgment reversed, and new trial granted, with costs to appellant to abide the event.